IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN TERRENCE MARSHALL,

    Petitioner,

       v.

SGT. HOLT,

    Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-3470-TWT

**ORDER**

This is a pro se habeas corpus  action challenging the Defendant's conviction for child molestation in 2006.   It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending dismissing the action as untimely pursuant to 28 U. S. C. § 2244(d)(1). No objections to the Report and Recommendation were filed.   The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 12 day of June, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Marshall\r&r.wpd